PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Tammy Jo Scofield**

**Docket No. 0:01CR00119-003(JMR)**

**Petition on Supervised Release**

COMES NOW **DeeDee Thaisen**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Tammy Jo Scofield** who was sentenced for the offense of Aiding and Abetting and Making Counterfeit Postal Money Orders on June 13, 2002, by the Honorable James M. Rosenbaum, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program
Mandatory drug testing
Financial disclosure
Psychological/psychiatric counseling/treatment
No new credit

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not illegally possess a controlled substance.

On May 18, 2005, a sweat patch was placed on the defendant to monitor drug use. On June 3, 2005, a laboratory report indicating the patch tested positive for the use of cocaine was received. On May 23 and 27, 2005, Ms. Scofield submitted urine samples that tested positive for the use of cocaine.

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On August 25, 2004, Ms. Scofield was formally charged with the offense of Driving After Suspension (Case 04-021289) in Washington County, Minnesota.

On January 6, 2005, Ms. Scofield was arrested for Shoplifting. On January 11, 2005, she was formally charged with the offense of Misdemeanor Theft (Case T6-05-600301) in Ramsey County Court, St. Paul, Minnesota.

On March 20, 2005, Ms. Scofield was issued a citation for Owner Allowing an Open Bottle by an officer of the Bloomington, Minnesota, Police Department and subsequently paid a fine.

On March 24, 2005, Ms. Scofield pled guilty to the offense of Driving After Revocation (Case 04067803) in Hennepin County Court, Minneapolis, Minnesota, and was fined $37.

SCANNED
JUN 14 2005
U.S. DISTRICT COURT MPLS

On March 31, 2005, Ms. Scofield entered a guilty plea to the offense of Misdemeanor Theft (Case T0-05-007632) and was subsequently sentenced in Ramsey County Court, St. Paul, Minnesota.

SPECIAL CONDITION: Pay restitution totaling $20,827.80. Payments of a minimum of $30 per month over a period of 3 years are to commence 30 days after the date of release from confinement.

Ms. Scofield failed to make restitution payments in the following months: February, May through October, and December 2004; and January, March, and May 2005.

STANDARD CONDITION #11: The defendant shall notify the probation officer within seventy-two hours of being arrested for questioned by a law enforcement officer.

The defendant failed to notify the probation officer following her citation for Driving After Suspension on August 25, 2004, and her arrest for Theft on January 6, 2005.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 13th day of June, 2005 , and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

DeeDee Thaisen
U.S. Probation Officer

Executed on June 9, 2005
Place Minneapolis