AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED
05 JUN 21 PM 2:38
MINNEAPOLIS

UNITED STATES OF AMERICA

v.

Tammy Jo Scofield

## SUMMONS IN A CRIMINAL CASE

Case Number: CR 01-119 (3) JMR

RECEIVED
JUN 14 3:34 PM 05
US MARSHALS SERVICE
MPLS MN

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom C**
**316 North Robert Street**
**St. Paul, MN 55101**

Before: **Honorable Magistrate Judge Susan R. Nelson**

On: **6/29/05 at 11:00 a.m.**

To answer a(n) Order of the Court.

Brief description of offense: Violation of Supervised Release

Jackie Ellingson, Deputy Clerk

Dated: June 14, 2005

SCANNED
JUN 21 2005
U.S. DISTRICT COURT MPLS

criminal\summons.frm

DC Modified 12/03/04

AO 83 (Rev. 12/85) Summons In A Criminal Case

# RETURN OF SERVICE

Service was made by me: [1] Dep. S. Mason Date: 6-20-05

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: ST. Paul

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ______________________

☐ Returned unexecuted: ______________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 6-20-05
Date

Al Garber
Name of United States Marshal

[signature]
(by) Deputy United States Marshal
Mason

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure