**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: Susan Richard Nelson |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR-01-119(3) JMR |
| | ) | Date: June 29, 2005 |
| TAMMY JO SCOFIELD, | ) | Court Reporter: None |
| | ) | Tape Number: 450 |
| Defendant. | ) | Time Commenced: 11:00 |
| | | Time Concluded: 11:15 |
| | | Time in Court: 15 Minutes |

APPEARANCES:

**Plaintiff:** David MacLaughlin
Assistant U.S. Attorney

**Defendant:** Counsel not present
X FPD (appointed at this hearing) ☐ CJA ☐ Retained ☐ To be appointed

Interpreter: ______________________________ Language: ______________________________

Date Charges Filed: June 13, 2005 Offense: Violation of Supervised Release

☐ Charges read into record X Waived Reading of Charges X Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of: ☐ Pre-trial Release X Supervised Release

☐ Charges from other District __________________________________________________________

☐ Government moves for detention.
Motion is: ☐ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

Bond set in the amount of $ ____________________ with conditions, see Order Setting Conditions of Release.

☐Detention hearing waived ☐ Preliminary hearing waived ☐Removal hearing waived

Defendant remains on bond. A final revocation hearing is scheduled for July 20, 2005, at 10:00 a.m. before U.S. Chief District Court Judge James Rosenbaum.

☐ Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:

s/Marilyn J. Conklin
Signature of Judicial Assistant