**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA, Plaintiff,

v.

Tammy Jo Scofield (3), Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE: James M. Rosenbaum
U.S. District Judge

Case No: 01-119(3) JMR/FLN
Date: July 27, 2005
Court Reporter: Dawn Hansen
Time Commenced: 2:05 p.m.
Time Concluded: 2:25 p.m.
Time in Court: 20 Minutes

## APPEARANCES:

Plaintiff: David MacLaughlin, Assistant U.S. Attorney
Defendant: Manny Atwal : FPD 9 CJA 9 Retained 9 To be appointed

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Government's motion for Detention : Granted 9 Denied.
: Defendant admits allegations.

## ORDERED:

: Defendant remanded to custody of the U.S. Marshal.
: Defendant is sentenced to: Custody of BOP for 15 months. Defendant's term of supervised release shall continue upon release from custody.
: Written order to be issued.

s/Heather Labat
Calendar Clerk